1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
    San Francisco, CA 94105-2994
3   Telephone: (415) 268-2000
    Facsimile: (415) 268-1999
4   Email: matt.jaksa@hro.com

5

6   Attorneys for Plaintiffs,
    WARNER BROS. RECORDS INC.;
7   ARISTA RECORDS LLC; UMG
    RECORDINGS, INC.; ZOMBA
8   RECORDING LLC; and BMG MUSIC

**E-filing**

9

10             UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA
               _____ DIVISION

12

13   WARNER BROS. RECORDS INC., a Delaware    CASE NO. _____
    corporation; ARISTA RECORDS LLC, a
14   Delaware limited liability company; UMG
    RECORDINGS, INC., a Delaware corporation;   **EX PARTE APPLICATION FOR LEAVE**
15   ZOMBA RECORDING LLC, a Delaware   **TO TAKE IMMEDIATE DISCOVERY**
    limited liability company; and BMG MUSIC, a
16   New York general partnership,

17

18             Plaintiffs,

19      v.

20   JOHN DOE,
21             Defendant.

22

23

24

25

26

27

28

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#36335 v1

1        Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26

2  and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum

3  of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.

4        In support thereof, Plaintiffs represent as follows:

5        Plaintiffs, record companies who own the copyrights in the most popular sound recordings in

6  the United States, seek leave of the Court to serve limited, immediate discovery on a third party

7  Internet Service Provider ("ISP") to determine the true identity of Defendant, who is being sued for

8  direct copyright infringement.[1]

9        As alleged in the complaint, Defendant, without authorization, used an online media

10  distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to

11  the public.  Although Plaintiffs do not know the true name of Defendant, Plaintiffs have identified

12  Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time

13  of Defendant's infringing activity.

14        Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that identify

15  Defendant's true name, current (and permanent) address and telephone number, e-mail address, and

16  Media Access Control ("MAC") address.  Without this information, Plaintiffs cannot identify

17  Defendant or pursue their lawsuit to protect their copyrighted works from repeated infringement.

18        Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a Rule

19  26(f) conference where there are no known defendants with whom to confer.

---

[1] Because Plaintiffs do not yet know Defendant's true identity, Plaintiffs are unable to personally serve Defendant with a copy of this motion.  Instead, Plaintiffs will serve the Clerk of Court pursuant to Fed. R. Civ. P. 5(b)(2)(D) ("A paper is served under this rule by . . . leaving it with the court clerk if the person has no known address.") and will serve Defendant's ISP with a copy of this motion.  Additionally, if the Court grants this motion, Plaintiffs will ask the ISP to notify the Defendants of the subpoena and provide Defendant with an opportunity to object.

1

1    WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the

2  foregoing requested discovery immediately.

3

4  Dated:    March 27, 2008                HOLME ROBERTS & OWEN LLP

5

6                                    By

7                                       MATTHEW FRANKLIN JAKSA
                                         Attorney for Plaintiffs
8                                       WARNER BROS. RECORDS INC.; ARISTA
                                         RECORDS LLC; UMG RECORDINGS, INC.;
9                                       ZOMBA RECORDING LLC; and BMG MUSIC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#36335 v1