AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **E-filing** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; and BMG MUSIC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>4-1-08 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.138.133 2007-11-17 03:43:28 EST     **CASE ID#** 148131146

**P2P Network:** GnutellaUS     **Total Audio Files:** 122

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | My Chemical Romance | Hang 'Em High | Three Cheers for Sweet Revenge | 360-197 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| UMG Recordings, Inc. | Josh Turner | The Difference Between a Woman and a Man | Long Black Train | 344-336 |
| Zomba Recording LLC | Justin Timberlake | Still on My Brain | Justified | 319-834 |
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| BMG Music | Keith Anderson | XXL | Three Chord Country And American Rock & Roll | 369-354 |