Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; ZOMBA
RECORDING LLC; and BMG MUSIC

**E-filing**

**FILED**
APR 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | CASE NO. _____ CV 08 1659<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

ORIGINAL

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State University,
4  Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant, including the name, current (and permanent) address and
6  telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

12 DATED: 4-2-08                        By: [signature]
                                            ~~United States District Judge~~

15                                        JAMES LARSON
                                        U.S. CHIEF MAGISTRATE JUDGE

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE
IMMEDIATE DISCOVERY
Case No. _____
#36337 v1