```
 1  Dawniell Alise Zavala (CA State Bar No. 253130)
    HOLME ROBERTS & OWEN LLP
 2  560 Mission Street, 25th Floor
    San Francisco, CA  94105-2994
 3  Telephone:  (415) 268-2000
 4  Facsimile:  (415) 268-1999
    Email:      dawniell.zavala@hro.com
 5
 6  Attorneys for Plaintiffs,
    WARNER BROS. RECORDS INC.;
 7  ARISTA RECORDS LLC; UMG
    RECORDINGS, INC.; ZOMBA
 8  RECORDING LLC; and BMG MUSIC
 9
10                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION
12
13  WARNER BROS. RECORDS INC., a Delaware      CASE NO. 3:08-cv-01659-JL
    corporation; ARISTA RECORDS LLC, a
14  Delaware limited liability company; UMG    Honorable James Larson
    RECORDINGS, INC., a Delaware corporation;
15  ZOMBA RECORDING LLC, a Delaware            NOTICE OF VOLUNTARY DISMISSAL
    limited liability company; and BMG MUSIC, a WITHOUT PREJUDICE
16  New York general partnership,
17                     Plaintiffs,
18        v.
19
20  JOHN DOE,
                       Defendant.
21
22
23
24
25
26
27
28
```

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01659-JL
#38252 v1

1    Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC.,
2 et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright
3 infringement claim against Defendant John Doe, also identified as ID # 148131146 with IP address
4 207.62.138.133 2007-11-17 03:43:28 EST, each party to bear its/her own fees and costs.  The Clerk
5 of Court is respectfully requested to close this case.

7 Dated:  June 16, 2008                                    HOLME ROBERTS & OWEN LLP

9                                                                        By:  _____ /s/ Dawniell Alise Zavala___
                                                                                  DAWNIELL ALISE ZAVALA
10                                                                                Attorney for Plaintiffs
                                                                                  WARNER BROS. RECORDS INC.;
11                                                                                ARISTA RECORDS LLC; UMG
                                                                                  RECORDINGS, INC.; ZOMBA
12                                                                                RECORDING LLC; and BMG MUSIC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01659-JL
#38252 v1