Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; ZOMBA
RECORDING LLC; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. 3:08-cv-01659-JL<br><br>**Honorable James Larson**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1    Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC., et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 148131146 with IP address 207.62.138.133 2007-11-17 03:43:28 EST, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: June 16, 2008

HOLME ROBERTS & OWEN LLP

By: _____ /s/ Dawniell Alise Zavala___
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; ZOMBA
RECORDING LLC; and BMG MUSIC

June 18, 2008



IT IS SO ORDERED
Judge James Larson

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01659-JL
#38252 v1