AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION  [ ] APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. 08-1659 JL   DATE FILED 3-27-08 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; and BMG MUSIC | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>[X] Order  [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes  [ ] No | DATE RENDERED<br>6-18-08 |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>6-20-08 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.138.133 2007-11-17 03:43:28 EST          **CASE ID#** 148131146

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 122

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | My Chemical Romance | Hang 'Em High | Three Cheers for Sweet Revenge | 360-197 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| UMG Recordings, Inc. | Josh Turner | The Difference Between a Woman and a Man | Long Black Train | 344-336 |
| Zomba Recording LLC | Justin Timberlake | Still on My Brain | Justified | 319-834 |
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| BMG Music | Keith Anderson | XXL | Three Chord Country And American Rock & Roll | 369-354 |

1 | Dawniell Alise Zavala (CA State Bar No. 253130)
2 | HOLME ROBERTS & OWEN LLP
    560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994
    Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
    Email: dawniell.zavala@hro.com
5
6 | Attorneys for Plaintiffs,
    WARNER BROS. RECORDS INC.;
7 | ARISTA RECORDS LLC; UMG
    RECORDINGS, INC.; ZOMBA
8 | RECORDING LLC; and BMG MUSIC

ENTERED IN CIVIL DOCKET 6·18-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>    Defendant. | CASE NO. 3:08-cv-01659-JL<br><br>**Honorable James Larson**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01659-JL
#38252 v1

1  Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC.,
2  et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright
3  infringement claim against Defendant John Doe, also identified as ID # 148131146 with IP address
4  207.62.138.133 2007-11-17 03:43:28 EST, each party to bear its/her own fees and costs. The Clerk
5  of Court is respectfully requested to close this case.

7  Dated: June 16, 2008                        HOLME ROBERTS & OWEN LLP

9                                              By:  _____/s/ Dawniell Alise Zavala_____
                                                    DAWNIELL ALISE ZAVALA
                                                    Attorney for Plaintiffs
                                                    WARNER BROS. RECORDS INC.;
                                                    ARISTA RECORDS LLC; UMG
                                                    RECORDINGS, INC.; ZOMBA
                                                    RECORDING LLC; and BMG MUSIC



IT IS SO ORDERED
Judge James Larson

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:08-cv-01659-JL
#38252 v1